FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 3 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

1 Vanessa R. Waldref
2 United States Attorney
  Eastern District of Washington
3 Nowles H. Heinrich
4 Assistant United States Attorney
  Post Office Box 1494
5 Spokane, WA 99210-1494
6 Telephone: (509) 353-2767

7

8             UNITED STATES DISTRICT COURT
9        FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | 2:24-CR-75-MKD |
| 11 | |
| 12 Plaintiff, | INDICTMENT |
| 13 v. | Vios: 18 U.S.C. § 2113(a) |
| 14 | Bank Robbery |
| DUSTIN T. PERRIN, | (Counts 1 – 3) |
| 15 | |
| 16 Defendant. | 18 U.S.C. § 981(a)(1)(C), |
| 17 | 28 U.S.C. § 2461(c) |
| | Forfeiture Allegations |

18

19

20

21          The Grand Jury charges:

22                        COUNT 1

23          On or about October 13, 2023, in the Eastern District of Washington, the

24 Defendant, DUSTIN T. PERRIN, by force, violence and intimidation did take from

25 the person and presence of another approximately $1,986 in money belonging to

26 and in the care, custody, control, management, and possession of First Interstate

27 Bank, the deposits of which were then insured by the Federal Deposit Insurance

28 Corporation, in violation of 18 U.S.C. § 2113(a).

INDICTMENT – 1

## COUNT 2

On or about November 17, 2023, in the Eastern District of Washington, the Defendant, DUSTIN T. PERRIN, by force, violence and intimidation did take from the person and presence of another approximately $5,238 in money belonging to and in the care, custody, control, management, and possession of Numerica Credit Union, the deposits of which were then insured by the National Credit Union Administration Board, in violation of 18 U.S.C. § 2113(a).

## COUNT 3

On or about January 22, 2024, in the Eastern District of Washington, the Defendant, DUSTIN T. PERRIN, by force, violence and intimidation did take from the person and presence of another approximately $2,000 in money belonging to and in the care, custody, control, management, and possession of Washington Trust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. § 2113(a), as set forth in Counts 1 – 3 of this Indictment, the Defendant, DUSTIN T. PERRIN, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.  The property to be forfeited includes, but is not limited to:

MONEY JUDGMENT

A sum of money equal to $9,224.00 in United States currency, representing the amount of proceeds obtained as a result of the bank robbery offenses.

INDICTMENT – 2

1    If any of the property described above, as a result of any act or omission of

2    the Defendant:

3        a.    cannot be located upon the exercise of due diligence;

4        b.    has been transferred or sold to, or deposited with, a third party;

5        c.    has been placed beyond the jurisdiction of the court;

6        d.    has been substantially diminished in value; or

7        e.    has been commingled with other property which cannot be divided

8            without difficulty,

9

10    the United States of America shall be entitled to forfeiture of substitute property

11    pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

12        DATED this **23rd** day of May 2024.

13                            A TRUE BILL

14

15    

16    F

17    _Vanessa Waldref_

18    Vanessa R. Waldref

19    United States Attorney

20    _Nowles H. W._

21

22    Nowles H. Heinrich

    Assistant United States Attorney

23

24

25

26

27

28

INDICTMENT – 3